# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

ROSANNE HENDRICK,

        Petitioner

        v.

CITY OF PITTSBURGH, PENNSYLVANIA
AND COUNTY OF ALLEGHENY,
PENNSYLVANIA,

        Respondents

:  No. 338 WAL 2015
:
:
:
:  Petition for Allowance of Appeal from
:  the Order of the Commonwealth Court
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of February, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Justice Eakin did not participate in the consideration or decision of this matter.